an extension of time within which to answer, but before the time had expired he filed with the clerk of the County Court of Multnomah County his resignation as an attorney, under the provisions of section 1045 of Hill's Code. This resignation was filed with the clerk of the supreme court on the twenty-fourth of December, eighteen hundred and ninety-five, whereupon the disbarment proceeding was dismissed.

DISMISSED.

Decided November 18, 1895.

CORBETT *v.* COMMERCIAL NATIONAL BANK.

Action at law by Thomas F. Corbett against the Commercial National Bank to replevin certain title deeds. There was a judgment for defendant and plaintiff appealed. Defendant moves to dismiss for certain irregularities in perfecting the appeal.

DISMISSED.

For the motion, *Messrs. George H. Durham* and *Harrison Gray Platt.*

*Contra, Mr. William L. Nutting.*

PER CURIAM. The motion is well taken; the appeal cannot be sustained.        DISMISSED.